IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nicolas Hidalgo, | NO. C 08-05755 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| Lei Liu d/b/a Vanguard Auto Repair, LLC, d/b/a Vanguard Auto Repair, | |
| Defendant. | |

On July 13, 2009, the parties are scheduled to appear for a case management conference. To date, no joint case management statement has been filed, nor has any activity been logged in the Court's docket since February 18, 2009.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **August 31, 2009 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court by **August 10, 2009**, why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The certificate shall set forth in factual summary the reason no appearance was made and what steps Plaintiff is taking to pursue this action, its present status, and the expected future course of the case.

If Plaintiff fails to file the certification, the August 31, 2009 hearing will be vacated automatically and the case will be dismissed. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action under Rule 41(b) which is a dismissal on the merits.

Dated: July 8, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: July 8, 2009**                          **Richard W. Wieking, Clerk**

                                                 **By:      /s/ JW Chambers      **
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

United States District Court
For the Northern District of California