IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nicolas Hidalgo, | NO. C 08-05755 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Lei Liu, dba Vanguard Auto Body Repair, Vanguard Auto Repair, LLC, | |
| Defendant. | |

Pursuant to the Court's October 29, 2009 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff Nicolas Hidalgo against Defendant Lei Liu, dba Vanguard Auto Body Repair and Vanguard Auto Repair, LLC.

Judgment is entered in favor of Plaintiff against Defendant for a total sum of $137,444.38 which includes: (1) statutory damages in the amount of $97,231.25; (2) 30 days penalty of $3,579.85; (3) interest in the amount of $29,034.38; (4) attorney fees in the amount of $7,158.90; and (5) costs in the amount of $440.

The Clerk shall close this file.

Dated: October 29, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Tomas Eduardo Margain margainlaw@hotmail.com

**Dated: October 29, 2009**              **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**